# 836 CASES REPORTED WITH BRIEF SYLLABI.

MORRIS SIDELNIK v. GUSTAV FRANK & CO., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE CONSTANTOULAKIS and Another v. SOCRATES PAPPAS and Another, Individually and as Copartners, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE L. KUMPF v. MARTIN W. SHAUGHNESSY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA VOLP HURTZIG, as Administratrix, etc., of WILLIAM VOLP, Deceased, v. THE CITY OF NEW YORK. LEOPOLD HERKERT v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB SEGAL v. ISIDORE LINDENBAUM.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MOE ROSENTHAL and Another, Copartners, etc., v. JACOB SEVILLE and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADAM MINK and Others v. CHARLES W. HEEP and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of L. HARDING ROGERS, JR., an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MARCEL RAILEANU, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of ERIC L. BOETZEL for an Order Vacating an Order of Disbarment.— Motion granted, and petitioner reinstated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of G. EWALD MENZEL, an Attorney.— Motion granted and respondent reinstated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of THE MOUNT SINAI HOSPITAL. Petition of JULIUS GOLDMAN and Another to Review and Set Aside the Election of JACOB EMSHEIMER and Others, as Trustees.— Order affirmed, with costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ. [128 Misc. 476.]

ROBERT GOELET, Individually, and Others, as Trustees, etc., of OGDEN GOELET, Deceased, Appellants, v. NATIONAL SURETY COMPANY, Respondent.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY R. GOELET, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DEFOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Appellant, v. TRIANGLE RADIO SUPPLY CO., INC., Respondent.— Judgment affirmed, with